IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW F. WALKER,

    Petitioner,                    No. CIV S-07-2070 FCD DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that the decision of the California Board of Parole Hearings (hereinafter "Board") to deny him parole for one year at his sixteenth parole consideration hearing held on April 4, 2006, violated his federal constitutional rights to due process, equal protection, and a jury trial; the Ex Post Facto and Double Jeopardy Clauses; and state law. In finding petitioner unsuitable for parole, the Board relied, in part, on a psychological evaluation conducted by Dr. P. Davis in 2005 and a psychological evaluation of petitioner conducted by Dean J. Clair in 2000. Those evaluation have not been provided to the court by the parties as part of the record. The court finds that the 2000 and 2005 psychological evaluations relied upon by the Board are necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States

1

District Courts, respondent will be directed to lodge these evaluations as part of the record within fourteen days.

  Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days from the date of this order, respondent shall lodge the 2005 psychological evaluation of petitioner conducted by Dr. P. Davis and the 2000 psychological evaluation conducted by Dean J. Clair, which were relied upon by the Board in denying petitioner a parole date at his April 4, 2006, parole consideration hearing.

DATED: October 26, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
walker2070.exp

2